IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01202-TPO

DIONMA GABRIEL RUIZ PADILLA,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD LYONS, Acting Director,
Immigration and Customs Enforcement,

GEORGE VALDEZ, Field Office Director,
Immigration and Customs Enforcement,

JUAN BALTAZAR, Warden,
Aurora Immigration Detention Facility,

and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 10, 2026.**

This Court granted Petitioner's habeas corpus petition. ECF 14. The Parties later filed a Joint Status Report [ECF 15] reporting that a bond hearing was held after which the immigration judge declined to release Petitioner. There has been no subsequent activity in this case, and there is no need for this Court to take further judicial action.

The Clerk of Court therefore shall **close** this case and shall enter Final Judgment in Petitioner's favor.