IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01202-TPO

DIONMA GABRIEL RUIZ PADILLA,

     Petitioner,

v.

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,
TODD LYONS, Acting Director,
Immigration and Customs Enforcement,
GEORGE VALDEZ, Field Office Director,
Immigration and Customs Enforcement,
JUAN BALTAZAR, Warden,
Aurora Immigration Detention Facility,
and
TODD BLANCHE, Acting U.S. Attorney General,
in their official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 14] by Magistrate Judge Timothy P. O'Hara entered on May 11, 2026, and the Minute Order [ECF 16] by Magistrate Judge Timothy P. O'Hara entered on June 10, 2026, it is

ORDERED that Final Judgment is hereby entered in favor of Petitioner and against Respondents. It is further

ORDERED that this case is closed.

DATED at Denver, Colorado this 10th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


s/ Jesse Torres
Jesse Torres
Deputy Clerk